No. 754. SEWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *E. F. Colladay, Wilton H. Wallace* and *W. A. Sutherland* for petitioners. *Solicitor General McGrath, Sewall Key, Arnold Raum, Helen R. Carloss* and *John F. Costelloe* for respondent.

No. 757. MORRISON ET AL. *v.* MARYLAND CASUALTY Co. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *John H. Cantrell* and *Charles E. France* for petitioners.

No. 716. CLAYTON *v.* ALABAMA. February 25, 1946. Petition for writ of certiorari to the Supreme Court of Alabama denied. *John C. Walters* for petitioner. *William N. McQueen,* Attorney General of Alabama, for respondent.

No. 721. CAPITOL WINE & SPIRIT CORP. *v.* BERKSHIRE, DEPUTY COMMISSIONER OF INTERNAL REVENUE, ET AL. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Joseph P. Tumulty, Jr.* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge* and *Matthias N. Orfield* for respondents.

No. 735. DAVIS *v.* COMMISSIONER OF INTERNAL REVENUE. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Alfred H. Phillips* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Louise Foster* for respondent.